United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Buffalo House Liquor and Wines, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-1988597** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1230 Colvin Blvd**<br>**Buffalo, NY 14223** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Erie** | **Location of principal assets, if different from principal place of business** |
| County | **Erie County** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.buffalohouseliquorandwines.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 1-25-10513-CLB,   Doc 1,   Filed 05/05/25,   Entered 05/05/25 19:26:38,
Description: Main Document , Page 1 of 51

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     4453

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case 1-25-10513-CLB,   Doc 1,   Filed 05/05/25,   Entered 05/05/25 19:26:38,
Description: Main Document , Page 2 of 51

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  5, 2025**
            MM / DD / YYYY

**X /s/ Israt Arjuman**                               **Israt Arjuman**
Signature of authorized representative of debtor        Printed name

Title  **Managing member**

**18. Signature of attorney**

**X /s/ Robert B. Gleichenhaus, Esq.**        Date  **May  5, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower
43 Court Street
Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone  **(716) 845-6446**        Email address

**4098570 NY**
Bar number and State

Official Form 201

Case 1-25-10513-CLB,    Doc 1,    Filed 05/05/25,    Entered 05/05/25 19:26:38,
Voluntary Petition for Non-Individuals Filing for Bankruptcy
Description: Main Document , Page 5 of 51

page 5

**Fill in this information to identify the case:**

Debtor name     **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May  5, 2025**          X **/s/ Israt Arjuman**
                                           Signature of individual signing on behalf of debtor

                                           **Israt Arjuman**
                                           Printed name

                                           **Managing member**
                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| Debtor name | **Buffalo House Liquor and Wines, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 981556 El Paso, TX 79998** | | **Business line of credit** | | | | $37,003.00 |
| **American Express P.O. Box 981556 El Paso, TX 79998** | | **Business credit card** | | | | $12,182.00 |
| **American Express P.O. Box 981556 El Paso, TX 79998** | | **Business credit card** | | | | $6,418.00 |
| **American Express P.O. Box 981556 El Paso, TX 79998** | | **Business credit card** | | | | $1,071.00 |
| **Chase P.O. Box 15298 Wilmington, DE 19850** | | **Business credit card** | | | | $49,996.00 |
| **Chase P.O. Box 15298 Wilmington, DE 19850** | | **Business credit card** | | | | $47,496.00 |
| **Citizens bank One Citizens Plaza Providence, RI 02903** | | **Business credit card** | | | | $32,884.00 |
| **M&T Bank PO Box 62157 Baltimore, MD 21264** | | **Business line of credit** | | | | $50,000.00 |
| **M&T Bank PO Box 62157 Baltimore, MD 21264** | | **Business credit card** | | | | $24,615.00 |
| **Marlin Leasing Corporation d/b/a PEAC 300 Fellowship Road Mt. Laurel, NJ 08054** | | **Storage racks / pallet racking** | | $15,763.00 | $10,000.00 | $5,763.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quickbooks c/o WebBank P.O Box 842978 Dallas, TX 75284-2978 | | Business loan | | | | $16,221.00 |
| Shopify 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | | Business credit card | | | | $23,713.00 |
| Shopify 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | | Business loan | | | | $86,000.00 |
| U.S. Bank P.O. Box 790408 St. Louis, MO 63179 | | Business credit card | | | | $28,903.00 |
| U.S. Bank P.O. Box 790408 St. Louis, MO 63179 | | Business credit card | | | | $2,672.00 |

Debtor name    **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $                          **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $                 **433,700.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $                 **433,700.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $                 **301,360.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $                          **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$                 **419,174.00**

4.    Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b

$                 **720,534.00**

Case 1-25-10513-CLB,    Doc 1,    Filed 05/05/25,    Entered 05/05/25 19:26:38,
Description: Main Document  , Page 9 of 51

**Fill in this information to identify the case:**

Debtor name    **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$750.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | operating | | **$7,000.00** |
| 3.2. | **KeyBank** | operating | | **$500.00** |
| 3.3. | **M&T Bank** | operating | | **$500.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$8,750.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **Rental security deposit** _____     $15,000.00

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of prepayment

9.      **Total of Part 2.**                                                      | $15,000.00 |

        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less: _____**7,000.00**_____  -  _____**0.00**_____ = ....     $7,000.00
                                     face amount              doubtful or uncollectible accounts

---

12.     **Total of Part 3.**                                                      | $7,000.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** <br> Liquor invenory | | | **Liquidation** | $350,000.00 |

---

23.     **Total of Part 5.**                                                      | $350,000.00 |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____**5,000.00**_____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture**<br>**Small office furniture** | | **Liquidation** | **$250.00** |
| **40.**    **Office fixtures** | | | |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Safe** | | **Liquidation** | **$200.00** |
| **POS office computer phone printer** | | **Liquidation** | **$2,500.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| _____**$2,950.00**|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **Buffalo House Liquor and Wines, LLC** | Case number *(If known)* |
|--------|------------------------|-----------------|
|        | Name                   |                 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Storage racks / pallet racking | | Liquidation | $10,000.00 |
| Shelving / retail racks | | Liquidation | $15,000.00 |
| Refridgerator(s) | | Liquidation | $500.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $25,500.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1230 Colvin Road**<br>**Buffalo, New YOrk** | **Leassor** | | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.buffalohouseliquorandwines.com/ | | **Liquidation** | **nominal** |
| 62. **Licenses, franchises, and royalties** Liquor license | | **Liquidation** | **$2,500.00** |
| 63. **Customer lists, mailing lists, or other compilations** Loyalty club | | **Liquidation** | **no cash value** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                    $2,500.00
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

     **Shareholder loan**              **22,000.00**  -  _____**0.00**  =           **$22,000.00**
     _____      Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

     **Liability / workers compensation / disability**                                    **no cash value**
     _____

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                              **$22,000.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,750.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $350,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $22,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $433,700.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $433,700.00 |

Debtor name **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **EBF Holdings, LLC** | Describe debtor's property that is subject to a lien | $68,260.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**d/b/a Everest Business Funding**
**102 W 38th Street, 6th -Floor**
**New York, NY 10018**

Creditor's mailing address

**Blanket Security agreement**

Describe the lien
**UCC (202504255503536)**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2025**

Last 4 digits of account number
**0196**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. M&T Bank**
**2. Itria Ventures LLC**
**3. EBF Holdings, LLC**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Itria Ventures LLC** | Describe debtor's property that is subject to a lien | $80,851.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**One Penn Plaza, Suite no. 3101,**
**New York, NY 10119**

Creditor's mailing address

**Blanket Security agreement**

Describe the lien
**UCC (202502285247902)**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2025**

Case 1-25-10513-CLB,    Doc 1,    Filed 05/05/25,    Entered 05/05/25 19:26:38, Description: Main Document , Page 17 of 51

**Last 4 digits of account number**
**0196**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **M&T Bank** | Describe debtor's property that is subject to a lien | $136,486.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**One Fountain Plaza**
**Buffalo, NY 14203**

Creditor's mailing address

**Blanket Security agreement**

**Describe the lien**
**UCC (20231006641054)**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2023**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Marlin Leasing Corporation** | Describe debtor's property that is subject to a lien | $15,763.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**d/b/a PEAC**
**300 Fellowship Road**
**Mt. Laurel, NJ 08054**

Creditor's mailing address

**Storage racks / pallet racking**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2024**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6642**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$301,360.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Buffalo House Liquor and Wines, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. SBA**<br>**409 3rd Street**<br>**Washington, DC 20416** | Line __2.3__ | |

Fill in this information to identify the case:

Debtor name __**Buffalo House Liquor and Wines, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $37,003.00 |
| | **American Express**<br>**P.O. Box 981556**<br>**El Paso, TX 79998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2024__<br>Last 4 digits of account number __7638__ | Basis for the claim: __Business line of credit__<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $6,418.00 |
| | **American Express**<br>**P.O. Box 981556**<br>**El Paso, TX 79998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2025__<br>Last 4 digits of account number __1004__ | Basis for the claim: __Business credit card__<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $1,071.00 |
| | **American Express**<br>**P.O. Box 981556**<br>**El Paso, TX 79998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2025__<br>Last 4 digits of account number __1007__ | Basis for the claim: __Business credit card__<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $12,182.00 |
| | **American Express**<br>**P.O. Box 981556**<br>**El Paso, TX 79998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2025__<br>Last 4 digits of account number __1005__ | Basis for the claim: __Business credit card__<br>Is the claim subject to offset? ☑ No  ☐ Yes |

Case 1-25-10513-CLB,    Doc 1,    Filed 05/05/25,    Entered 05/05/25 19:26:38,
31898
Description: Main Document  , Page 20 of 51

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,496.00 |
|---|---|---|---|

**Chase**
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business credit card**

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,996.00 |
|---|---|---|---|

**Chase**
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business credit card**

Last 4 digits of account number  **6059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,884.00 |
|---|---|---|---|

**Citizens bank**
**One Citizens Plaza**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business credit card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,615.00 |
|---|---|---|---|

**M&T Bank**
**PO Box 62157**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business credit card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**M&T Bank**
**PO Box 62157**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business line of credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,221.00 |
|---|---|---|---|

**Quickbooks**
**c/o WebBank**
**P.O Box 842978**
**Dallas, TX 75284-2978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,000.00 |
|---|---|---|---|

**Shopify**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Business loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-25-10513-CLB,   Doc 1,   Filed 05/05/25,   Entered 05/05/25 19:26:38,
Description: Main Document , Page 21 of 51

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,713.00 |
|---|---|---|---|

**Shopify**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business credit card__

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,903.00 |
|---|---|---|---|

**U.S. Bank**
**P.O. Box 790408**
**St. Louis, MO 63179**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __2491__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business credit card__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,672.00 |
|---|---|---|---|

**U.S. Bank**
**P.O. Box 790408**
**St. Louis, MO 63179**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __7323__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **WebBank**<br>**P.O Box 842978**<br>**Dallas, TX 75284-2978** | Line  __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **WebBank**<br>**P.O Box 842978**<br>**Dallas, TX 75284-2978** | Line  __3.12__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 419,174.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 419,174.00 |

Debtor name    **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **1230 Colvin Road, Buffalo, New York** | |
| State the term remaining    **7 years** | **Legacy Development** |
| List the contract number of any government contract _____ | **810 Main Street** <br> **Buffalo, NY 14202** |

Debtor name    **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **U.S. Bank** | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |
| 2.2   **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Shopify** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.3   **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **M&T Bank** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Quickbooks** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.5   **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **EBF Holdings, LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Buffalo House Liquor and Wines, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Itria Ventures LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **American Express** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.8 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **American Express** | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.9 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **American Express** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |
| 2.10 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **American Express** | ☐ D _____<br>■ E/F ___**3.4**___<br>☐ G _____ |
| 2.11 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Chase** | ☐ D _____<br>■ E/F ___**3.5**___<br>☐ G _____ |
| 2.12 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Citizens bank** | ☐ D _____<br>■ E/F ___**3.7**___<br>☐ G _____ |
| 2.13 | **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Chase** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |

Case 1-25-10513-CLB,    Doc 1,    Filed 05/05/25,    Entered 05/05/25 19:26:38,
Description: Main Document  , Page 25 of 51

| Debtor | **Buffalo House Liquor and Wines, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Israt Arjuman** | 20 Fillner Avenue<br>North Tonawanda, NY 14120 | Shopify | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.15 **Vedang Patel** | 20 Fillner Avenue<br>North Tonawanda, NY 14120 | Itria Ventures LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor name **Buffalo House Liquor and Wines, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross revenue** | **$175,000.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Gross revenue** | **$88,750.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Gross revenue** | **- 0 -** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Shopify**<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | $2,180/week | | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Itria Ventures LLC**<br>One Penn Plaza, Suite no. 3101,<br>New York, NY 10119, | $1,776/week | | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **EBF Holdings, LLC**<br>d/b/a Everest Business Funding<br>102 W 38th Street, 6th - Floor<br>New York, NY 10018 | $2,333/week | | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **04/2025** | **$10,250.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Israt Arjuman | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **KeyBank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **closed** | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Israt Arjuman**<br>**20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Debtor uses principal's motor vehicle for delivery purposes** | |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Sam Bloomberg CPA**<br>**HD Tax Solutions LLC**<br>**East Amherst, NY** | **Annual tax preparation** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

☐ None

| Name and address |
|---|
| 26d.1. **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| 26d.2. **Itria Ventures LLC**<br>**One Penn Plaza, Suite no. 3101,**<br>**New York, NY 10119** |
| 26d.3. **EBF Holdings, LLC**<br>**d/b/a Everest Business Funding**<br>**102 W 38th Street, 6th - Floor**<br>**New York, NY 10018** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **General monitoring by debtor's managmenet** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor's manager** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Israt Arjuman** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Sole member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vedang Patel** | **20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Manger** | **- 0 - %** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Israt Arjuman**<br>**20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **$1,000/week** | **weekly** | **Salary** |
| | **Relationship to debtor**<br>**sole member** | | | |
| 30.2. | **Vedang Patel**<br>**20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **$1,000/week** | **weekly** | **Salary** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

<div style="background:black;color:white">**Part 14:**</div>   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  5, 2025** _____

**/s/ Israt Arjuman** _____              **Israt Arjuman** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Managing member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 1-25-10513-CLB,   Doc 1,   Filed 05/05/25,   Entered 05/05/25 19:26:38,
Description: Main Document  , Page 35 of 51

# United States Bankruptcy Court
## Western District of New York

In re   **Buffalo House Liquor and Wines, LLC**
                                    Debtor(s)

Case No. _____
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **395.00** |
| Prior to the filing of this statement I have received | $ **395.00** |
| Balance Due | $ **0.00** |

2.  $ **1,737.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):   **Israt Arjuman**

4.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  5, 2025**
_____
*Date*

**/s/ Robert B. Gleichenhaus, Esq.**
_____
**Robert B. Gleichenhaus, Esq.**
*Signature of Attorney*
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446   Fax: (716) 845-6475**
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of New York

In re **Buffalo House Liquor and Wines, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Israt Arjuman**<br>**20 Fillner Avenue**<br>**North Tonawanda, NY 14120** | **Sole member** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 5, 2025**

Signature **/s/ Israt Arjuman**

**Israt Arjuman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of New York

In re    **Buffalo House Liquor and Wines, LLC**    Case No. _____
                                                    Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 5, 2025** _____        **/s/ Israt Arjuman** _____
                                                **Israt Arjuman/Managing member**
                                                Signer/Title

American Express
P.O. Box 981556
El Paso, TX 79998


Chase
P.O. Box 15298
Wilmington, DE 19850


Citizens bank
One Citizens Plaza
Providence, RI 02903


EBF Holdings, LLC
d/b/a Everest Business Funding
102 W 38th Street, 6th - Floor
New York, NY 10018


Israt Arjuman
20 Fillner Avenue
North Tonawanda, NY 14120


Itria Ventures LLC
One Penn Plaza, Suite no. 3101,
New York, NY 10119


Legacy Development
810 Main Street
Buffalo, NY 14202


M&T Bank
One Fountain Plaza
Buffalo, NY 14203


M&T Bank
PO Box 62157
Baltimore, MD 21264


Marlin Leasing Corporation
d/b/a PEAC
300 Fellowship Road
Mt. Laurel, NJ 08054

Quickbooks
c/o WebBank
P.O Box 842978
Dallas, TX 75284-2978


Shopify
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


U.S. Bank
P.O. Box 790408
St. Louis, MO 63179


U.S. SBA
409 3rd Street
Washington, DC 20416


Vedang Patel
20 Fillner Avenue
North Tonawanda, NY 14120


WebBank
P.O Box 842978
Dallas, TX 75284-2978

# United States Bankruptcy Court
## Western District of New York

In re    **Buffalo House Liquor and Wines, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Buffalo House Liquor and Wines, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 5, 2025**

Date

**/s/ Robert B. Gleichenhaus, Esq.**

**Robert B. Gleichenhaus, Esq.**

Signature of Attorney or Litigant

Counsel for   **Buffalo House Liquor and Wines, LLC**

**Gleichenhaus, Marchese & Weishaar, P.C.**

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2024**

For calendar year 2024 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 01/01/24 | **TYPE OR PRINT** Name **BUFFALO HOUSE LIQUOR AND WINES LLC** | **D** Employer identification number |
| **B** Business activity code number (see instructions) 445320 | Number, street, and room or suite no. If a P.O. box, see instructions. **1230 COLVIN BLVD** | **E** Date incorporated 06/21/2023 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code **TONAWANDA**   **NY 14223** | **F** Total assets (see instructions) $ **755,399** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions.  ☒ Yes  ☐ No

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☒ Address change  (4) ☐ Amended return  (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............... **1**

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | 88,807 | **b** Less returns and allowances | 1,456 **c** Balance | **1c** 87,351 |
| | **2** Cost of goods sold (attach Form 1125-A) | | | | **2** 62,508 |
| | **3** Gross profit. Subtract line 2 from line 1c | | | | **3** 24,843 |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | **4** |
| | **5** Other income (loss) (see instructions—attach statement) | | | | **5** |
| | **6** Total income (loss). Add lines 3 through 5 | | | | **6** 24,843 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | | | | **7** 8,077 |
| | **8** Salaries and wages (less employment credits) | | | | **8** 11,812 |
| | **9** Repairs and maintenance | | | | **9** 8,276 |
| | **10** Bad debts | | | | **10** |
| | **11** Rents | | | | **11** 31,082 |
| | **12** Taxes and licenses | | | | **12** 2,329 |
| | **13** Interest (see instructions) | | | | **13** 16,626 |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | | **14** 10,431 |
| | **15** Depletion (do not deduct oil and gas depletion) | | | | **15** |
| | **16** Advertising | | | | **16** 28,683 |
| | **17** Pension, profit-sharing, etc., plans | | | | **17** |
| | **18** Employee benefit programs | | | | **18** |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) | | | | **19** |
| | **20** Other deductions (attach statement)   See Stmt 1 | | | | **20** 51,870 |
| | **21** Total deductions. Add lines 7 through 20 | | | | **21** 169,186 |
| | **22** Ordinary business income (loss). Subtract line 21 from line 6 | | | | **22** −144,343 |
| **Tax and Payments** | **23a** Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | | |
| | **b** Tax from Schedule D (Form 1120-S) | **23b** | | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) | | | | **23c** |
| | **24a** Current year's estimated tax payments and preceding year's overpayment credited to the current year | **24a** | | | |
| | **b** Tax deposited with Form 7004 | **24b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | | |
| | **d** Elective payment election amount from Form 3800 | **24d** | | | |
| | **e** Add lines 24a through 24d | | | | **24e** |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | | | **25** |
| | **26** Amount owed. If line 24e is smaller than the total of lines 23c and 25, enter amount owed | | | | **26** |
| | **27** Overpayment. If line 24e is larger than the total of lines 23c and 25, enter amount overpaid | | | | **27** |
| | **28** Enter amount from line 27: Credited to 2025 estimated tax _____ Refunded | | | | **28** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ____ **ISRAT ARJUHAN** ____ Date ____ Title **MANAGING MEMBER**

May the IRS discuss this return with the preparer shown below? See instructions.  ☐ Yes  ☒ No

**Paid Preparer Use Only**

| | | | | | |
|---|---|---|---|---|---|
| Print/Type preparer's name **SAMUEL BLOOMBERG, CPA** | Preparer's signature **SAMUEL BLOOMBERG, CPA** | Date 02/01/25 | Check ☐ if self-employed | PTIN **P02027723** | |
| Firm's name **HD Tax Solutions LLC** | | | Firm's EIN | | |
| Firm's address **6049 Transit Rd Ste 103   East Amherst, NY 14051** | | | Phone no. **716-608-8000** | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120-S** (2024)

## Schedule B    Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method:   a ☐ Cash   b ☒ Accrual    c ☐ Other (specify) .................... | | | |
| 2 | See the Instructions and enter the: | | | |
| | a Business activity   RETAIL SALES     b Product or service   LIQUOR AND WINE | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ............... | | | X |
| 4 | At the end of the tax year, did the corporation: | | | |
| | a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ............... | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| | b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ............... | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ............... | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | (i) Total shares of restricted stock ............... | | | |
| | (ii) Total shares of non-restricted stock ............... | | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ............... | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | (i) Total shares of stock outstanding at the end of the tax year ............... | | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ............... | | | |
| 6 | Has the corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ............... | | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............... ☐ | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ............... $ | | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ............... | | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions ............... | | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," complete and attach Form 8990, Limitation on Business Interest Expense Under Section 163(j). | | | |
| 11 | Does the corporation satisfy both of the following conditions? ............... | | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form **1120-S** (2024)

DAA

Case 1-25-10513-CLB,   Doc 1,   Filed 05/05/25,   Entered 05/05/25 19:26:38,
Description: Main Document , Page 43 of 51

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction | | $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? | | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 | | $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | −144,343 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions)    Type: | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Cash charitable contributions | | 12a | |
| | b | Noncash charitable contributions | | 12b | |
| | c | Investment interest expense | | 12c | |
| | d | Section 59(e)(2) expenditures    Type: | | 12d | |
| | e | Other deductions (see instructions)    Type: | | 12e | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions)    Type: | | 13d | |
| | e | Other rental credits (see instructions)    Type: | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions)    Type: | | 13g | |
| International | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | 1,590 |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

Form 1120-S (2024)

Form 1120-S (2024)   **BUFFALO HOUSE LIQUOR AND WINES LLC**   Page 4

## Schedule K   Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) **See Statement 2** | | |
| **Recon-ciliation** | 18 Income (loss) reconciliation. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | −144,343 |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 133 | | 50,958 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | 393,145 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | 3,700 | | 16,004 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 216,224 | | 290,723 | |
| b Less accumulated depreciation | ( ) | 216,224 | ( 10,431) | 280,292 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) **Stmt 3** | | 15,000 | | 15,000 |
| 15 Total assets | | 235,057 | | 755,399 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 216,224 | | 343,752 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 955 | | 208,040 |
| 18 Other current liabilities (attach statement) **Stmt 4** | | | | 118,111 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 18,800 | | 195,700 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | −922 | | −110,204 |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 235,057 | | 755,399 |

Form 1120-S (2024)

DAA

**Schedule M-1**   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note : The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −145,933 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | | a Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| a Depreciation $ | | | | a Depreciation $ | |
| b Travel and entertainment $ | 1,590 | | | | |
| | | 1,590 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | −144,343 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | −144,343 |

**Schedule M-2**   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −922 | | −922 | |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( 144,343) | | | |
| 5 | Other reductions **Stmt 5** | ( 1,590) | | | ( ) |
| 6 | Combine lines 1 through 5 | −146,855 | | −922 | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −146,855 | | −922 | |

Form 1120-S (2024)

# Balance Sheet

## BUFFALO HOUSE LIQUOR AND WINES LLC

### As of April 27, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Chase Checking | 3,488.97 |
| Chase Saving | 0.11 |
| M&T  Checking | 587.16 |
| **Total for Bank Accounts** | **$4,076.24** |
| Accounts Receivable | |
| Other Current Assets | |
| Channel Clearing Account | 0 |
| Shopify - 4cd178-ec Clearing Account | |
| **Total for Channel Clearing Account** | **0** |
| Inventory Asset | 354,614.65 |
| Petty Cash | $628.51 |
| Shopify - 4cd178-ec Other Payment Gateway Clearing Account | 932.52 |
| **Total for Petty Cash** | **$1,561.03** |
| Shareholders Loan | 22,666.96 |
| **Total for Other Current Assets** | **$378,842.64** |
| **Total for Current Assets** | **$382,918.88** |
| Fixed Assets | |
| Computer & Electronics | 0 |
| Depreciation | -966.00 |
| Original cost | 8,759.62 |
| **Total for Computer & Electronics** | **$7,793.62** |
| Leasehold Improvement 2025 | 0 |
| Original cost | 114,898.00 |
| **Total for Leasehold Improvement 2025** | **$114,898.00** |
| Leasehold Improvements | 0 |
| Depreciation | -7,207.00 |
| Original cost | 216,224.00 |
| **Total for Leasehold Improvements** | **$209,017.00** |
| Retail Shelves & Wine Racks | 0 |
| Depreciation | -1,556.00 |
| Original Cost | 46,683.05 |
| **Total for Retail Shelves & Wine Racks** | **$45,127.05** |

# Balance Sheet

## BUFFALO HOUSE LIQUOR AND WINES LLC

As of April 27, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Storage Room Pallet Racks | 0 |
| Depreciation | -702.00 |
| Original cost | 21,053.35 |
| **Total for Storage Room Pallet Racks** | **$20,351.35** |
| **Total for Fixed Assets** | **$397,187.02** |
| Other Assets | |
| Deferred Rent Asset - Leasehold Improvement | -187,315.15 |
| Lease Security Deposit | 15,000.00 |
| **Total for Other Assets** | **-$172,315.15** |
| **Total for Assets** | **$607,790.75** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | |
| **Total for Accounts Payable** | **0** |
| Credit Cards | |
| AMEX Blue Card | 6,418.56 |
| AMEX Blue Plus Card | 1,070.64 |
| AMEX Platinum Card® | 12,182.49 |
| Chase Ink Cash | -3,901.26 |
| Chase Ink Unlimited | -3,061.81 |
| Citizens Credit Card | 32,884.93 |
| Ink Cash VP | 51,397.42 |
| Ink Unlimited VP | 53,058.50 |
| M&T Credit Card | 24,613.05 |
| Shopify Credit Card | 23,712.74 |
| US Bank Platinum | 2,672.36 |
| US Bank Triple Cash Card | 28,902.38 |
| **Total for Credit Cards** | **$229,950.00** |
| Other Current Liabilities | |
| Biz2Credit | 80,850.02 |
| Channel Sales Tax Payable | 0 |
| Shopify Sales Tax | 7,885.77 |

# Balance Sheet

## BUFFALO HOUSE LIQUOR AND WINES LLC

As of April 27, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Total for Channel Sales Tax Payable** | **$7,885.77** |
| Direct Deposit Payable | |
| Everest MCA | 86,333.30 |
| M&T Line of Credit | 50,000.00 |
| New York Department of Taxation and Finance Payable | |
| Payroll Liabilities | 0 |
| Federal Taxes (941/943/944) | |
| Federal Unemployment (940) | |
| NY PFL | -233.03 |
| NY SDI | -66.60 |
| NYS Employment Taxes | |
| NYS Income Tax | |
| **Total for Payroll Liabilities** | **-$299.63** |
| Quickbooks Capital | 16,220.07 |
| Shopify Capital | 86,000.00 |
| **Total for Other Current Liabilities** | **$326,989.53** |
| **Total for Current Liabilities** | **$556,939.53** |
| Long-term Liabilities | |
| AMEX Line of Credit | 37,002.76 |
| PEAC Solution | 15,763.94 |
| SBA Loan | 136,486.50 |
| **Total for Long-term Liabilities** | **$189,253.20** |
| **Total for Liabilities** | **$746,192.73** |
| Equity | |
| Retained Earnings | -147,650.26 |
| Net Income | -130,080.62 |
| Owner's Investment | 156,050.44 |
| Owner's Pay & Personal Expenses | -16,721.54 |
| **Total for Equity** | **-$138,401.98** |
| **Total for Liabilities and Equity** | **$607,790.75** |

# Profit and Loss

## BUFFALO HOUSE LIQUOR AND WINES LLC

January 1-April 27, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Channel Discount | 0 |
| Shopify Discount | -1,427.86 |
| **Total for Channel Discount** | **-$1,427.86** |
| Channel Sales | 0 |
| Shopify Sales | 178,996.71 |
| **Total for Channel Sales** | **$178,996.71** |
| Channel Shipping Income | 0 |
| Shopify Shipping Income | 27.93 |
| **Total for Channel Shipping Income** | **$27.93** |
| **Total for Income** | **$177,596.78** |
| Cost of Goods Sold | |
| Channel Selling Fees | 0 |
| Shopify Selling Fees | 4,516.15 |
| **Total for Channel Selling Fees** | **$4,516.15** |
| Cost of Goods Sold | 126,167.52 |
| **Total for Cost of Goods Sold** | **$130,683.67** |
| **Gross Profit** | **$46,913.11** |
| Expenses | |
| Advertising & Marketing | 831.59 |
| Bank Charges & Fees | 5,893.54 |
| Car & Truck | 450.00 |
| Donation | 300.00 |
| Insurance | 3,481.76 |
| Interest Paid | 85,206.29 |
| Job Supplies | 221.30 |
| Legal & Professional Services | 2,845.20 |
| Meals & Entertainment | 497.82 |
| Office Supplies & Software | 3,090.43 |
| Payroll Expenses | |
| Taxes | $35.44 |
| Wages | 4,297.68 |
| | 39,658.03 |
| **Total for Payroll Expenses** | **$43,991.15** |
| Reimbursable Expenses | 250.00 |
| Reimbursements | 1,203.50 |
| Rent & Lease | 24,400.00 |
| Repairs & Maintenance | 511.65 |
| Travel | 48.92 |
| Uncategorized Expense | |

# Profit and Loss

## BUFFALO HOUSE LIQUOR AND WINES LLC

January 1-April 27, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Utilities | 3,770.58 |
| **Total for Expenses** | **$176,993.73** |
| **Net Operating Income** | **-$130,080.62** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **-$130,080.62** |